UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria

In re

JOHN W., JR. BASHAM
SHELLEY L. BASHAM

Case No. 10-13314-SSM

Chapter 7

Debtors

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| VALVOLINE MID-ATLANTIC LUBES<br>54 JACONNET ST., STE. 100<br>NEWTON HIGHLANDS, MA 02461 | $1.57 |
| WIRELESS, VERIZON<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | $3.49 |

Dated:    September 2, 2011

/s/ GORDON P. PEYTON
GORDON P. PEYTON, Trustee
P.O. BOX 25456
ALEXANDRIA VA 22313-5456
(703) 684-2000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to Office of the U.S. Trustee, on this 2nd day of September, 2011.

/s/Gordon P. Peyton